# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: 26-1495 Case Manager: Robin

Case Name: Abby Reppen v. United States of America; Nicholas Robert Hill

Is this case a cross appeal? ☐ Yes ☑ No

Has this case or a related one been before this court previously? ☐ Yes ☑ No

If yes, state:

Case Name: ________ Citation: ________

Was that case mediated through the court's program? ☐ Yes ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is taken against plaintiff Abbey Reppen. Appellants propose to argue that the district court erred by holding that DEA Special Agent Robert Hill was not acting within the scope of his employment at the time of the accident in question.

**This is to certify that a copy of this statement was served on opposing counsel of record this 12th day of**

June, 2026.

Lowell V. Sturgill Jr.

Name of Counsel for Appellant