# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

| | |
|---|---|
| Abbey Reppen, personal representative for the Estate of Stephanie Dawn Mellon-Reppen,<br>*Plaintiffs-Appellees,*<br><br>*v.*<br><br>United States of America, et al.,<br>*Defendants-Appellants.* | No. 26-1495 |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR APPELLANTS

Appellants respectfully request a 45-day extension of time, to and including December 21, 2026, to file the Brief for Appellants in this matter. We contacted counsel for plaintiffs-appellees, but counsel has not yet been able to provide a response.

In support of this motion, appellants state the following:

1. The Brief for Appellants is currently due November 5, 2026. The matter has been in mediation, and the mediator terminated the mediation on October 22, 2026.

2. To allow appellants time to prepare the brief, circulate it for review by the multiple government agencies and offices involved, and file the brief, the government will need an additional 45 days from the current due date, to and including December 21, 2026, in which to file the brief.

3. Primary responsibility for preparing and filing the Brief for Appellants has been assigned to Lowell Sturgill, attorney, Appellate Staff, Civil Division, Department of Justice. In addition to other responsibilities that cannot be reassigned, Mr. Sturgill will be presenting oral argument on October 30, 2026, in Richmond, VA in *Jackson v. United States*, No. 25-2076 (4th Cir.). Mr. Sturgill also is responsible for preparing and filing the government's appellee brief in *Whaley v. United States*, No. 26-4687 (9th Cir.), due November 9. Mr. Sturgill also is assisting in the drafting, review, and filing of the government's reply/cross-appellee brief in New England Synod v. United States Department of Homeland Security, Nos. 26-1396, 26-1493 (1st Cir.), due December 9, 2026, as extended. Mr. Sturgill also is scheduled to be on leave for a family event from November 18-25, 2026.

3. We contacted counsel for plaintiff regarding plaintiff's position on this motion but counsel has not yet been able to respond as of this date.

**CONCLUSION**

For the foregoing reasons, appellants respectfully request the Court to extend the date for filing the Brief for Appellant in this matter by 45 days, to and including December 21, 2026.

Respectfully submitted,

Brad Hinshelwood
Lowell V. Sturgill Jr.
*/s/ Lowell V. Sturgill Jr.*
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7531*
*Washington, D.C. 20530*
*(202) 514-3427*

OCTOBER 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 329 words, according to the word count of Microsoft Word.

*/s/ Lowell V. Sturgill Jr.*
Lowell V. Sturgill Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Lowell V. Sturgill Jr.*
Lowell V. Sturgill Jr.